UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| LATOYA EVANS | ) CASE NO.  07-22268 |
| | ) CHAPTER 13 |
| DEBTOR | ) |

**MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $114.87 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That a proof of claim was filed by Wolin Levin Inc. c/o Jerry Salzberg in the amount of $2,829.87 on September 12, 2007.
3. That your Trustee sent payment in the amount of $114,87 on said claim in October 2009.
4. That said payment was returned by the Post Office.   To date the Trustee is unable to locate Creditor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $114.87 into U.S. Treasury Fund 6047BK on behalf of Wolin Levin Inc. c/o Jerry Salzberg whose last known address was 3949 N. Pulaski Road, Chicago, IL 60641.

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically and the debtor by First Class Mail as stated below

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Debtor- Latoya Evans, 6420 Madison Avenue, Hammond, IN 46323